Rachel C. Dollar, SBN 199977
Ronald M. Arlas, SBN 59091
Sherrill A. Oates, SBN 213763
SMITH DOLLAR PC
Attorneys at Law
404 Mendocino Avenue, Second Floor
Santa Rosa, California 95401
Telephone: (707) 522-1100
Facsimile: (707) 522-1101
Email: rarlas@smithdollar.com

Attorneys for Defendants QUANTUM LOAN SERVICE CORP.
And DOVENMUEHLE MORTGAGE, INC.

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL SCHLOFSKY,<br><br>　　　　Plaintiff,<br>v.<br><br>QUALITY LOAN SERVICE CORP., et al.,<br><br>　　　　Defendants. | CASE NO.: CV 10-2970-JCS<br><br>STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE PURSUANT TO SETTLEMENT AGREEMENT<br><br>Magistrate: Hon. Joseph C. Spero |

Plaintiff JOEL SCHLOFSKY ("SCHOLFSKY") and QUANTUM LOAN SERVICE CORPORATION ("QUANTUM") and DOVENMUEHLE MORTGAGE, INC. ("DMI"), on behalf of themselves and all other named defendants, collectively "defendants", hereby submit this Stipulation and Proposed Order to dismiss this entire case, and all parties, with prejudice.

WHEREAS, defendants QUANTUM and DMI participated in an unlawful detainer action with plaintiff SCHLOFSKY, entitled <u>QUANTUM LOAN SERVICE CORPORATION v JOEL SCHLOFSKY</u>, Siskiyou Superior Court Case No. YK CVC UD 10-0731 on July 8, 2010. At this trial, the parties discussed a global settlement of SCHLOFSKY'S legal actions. At the end of the discussions, a full and final settlement was reached at the conference; and

WHEREAS, the parties have signed a Stipulation for Settlement and Possession of the Premises, which provides, among other things, that SCHLOFSKY will file with this Court this request to dismiss this entire lawsuit and all defendants, with prejudice. See attached Exhibit 1,



- 1 -
DISMISSAL OF ENTIRE CASE AND OF ALL PARTIES

1  which is a true and correct copy of the executed Stipulation from the negotiations at the unlawful
2  detainer lawsuit.
3      NOW THEREFORE, IT IS HEREBY STIPULATED by and between the parties hereto that
4  this action shall be dismissed in its entirety, with prejudice.

Dated: July 12, 2010

SMITH DOLLAR PC

By _Ronald M. Arlas_
Ronald M. Arlas, Esq.
Attorneys for QUANTUM and DMI

Dated: July 15, 2010

JOEL SCHLOFSKY

By _Joel Schlofsky_
Joel Schlofsky
Plaintiff, In Pro per

**ORDER**

Good cause appearing, IT IS HEREBY ORDERED that this case is dismissed in its entirety, and as to all parties, with prejudice.

DATED:

_Susan Illston_
~~JOSEPH C. SPERO~~
~~Magistrate~~ Judge of the United States District Court

